## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

RUNYON INSURANCE AGENCY, INC.

        Plaintiff,

v.

ACE PROPERTY AND CASUALTY
INSURANCE COMPANY

        Defendant.

Civil Action No. 2:25-cv-00260

**DEFENDANT ACE PROPERTY AND CASUALTY INSURANCE COMPANY'S NOTICE OF REMOVAL**

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, ACE Property and Casualty Insurance Company ("Defendant"), by and through its undersigned counsel, hereby removes this action from the Circuit Court of Mingo County, West Virginia to the United States District Court for the Southern District of West Virginia, averring in support thereof as follows:

1. On March 10, 2025, Plaintiff the Runyon Agency ("Plaintiff") filed a Complaint in the Circuit Court of Mingo County, West Virginia, Case No. CC-30-2025-C-36, asserting claims for breach of contract and bad faith due to Defendant's alleged failure to pay for damages under an insurance contract. (Exhibit A, "Complaint").

2. Defendant was served with the Summons and the Complaint on March 19, 2025.

3. In accordance with 28 U.S.C. §§ 1446(a), true and correct copies of all process, pleadings, and orders that have been served upon Defendant have been attached as exhibits.

### Diversity of Jurisdiction

4. This Court "shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." *See* 28 U.S.C. §§ 1332(a)(1).

5. Plaintiff is a corporation formed under the laws of the State of West Virginia, with its principal office located at Rt. 1 Box 126 A, Williamson, West Virginia, 25676.

6. Defendant is a foreign corporation organized and existing under the laws of the Commonwealth of Pennsylvania, with its principal place of business located at 436 Walnut Street, Philadelphia, Pennsylvania, 19106.

7. Pursuant to 28 U.S.C. §§ 1332(a)(1) and (c)(1), diversity of citizenship exists amongst the parties, as Plaintiff is a citizen of West Virginia and Defendant is a citizen of Pennsylvania.

### Amount in Controversy

8. Plaintiff seeks compensatory damages in the amount of $401,271.81, along with other relief, including but not limited to financial audit costs, chargebacks, punitive damages, and treble damages. (Ex. A, Complaint ¶ 11, "Prayer for Relief" ¶¶ 1-6).

9. Based upon the foregoing, this action satisfies the amount in controversy requirement of 28 U.S.C. §§ 1332(a).

### Procedural Requirements Have Been Satisfied

10. This action has been timely and properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

11. Under Section 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or

the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." *See* 28 U.S.C. §§ 1441(a).

12. Plaintiff filed this action in the Circuit Court of Mingo County, West Virginia, over which the United States District Court for the Southern District of West Virginia has original jurisdiction pursuant to 28 U.S.C. § 1441(a) and 1446(a).

13. A copy of this Notice of Removal has been filed with the Clerk of the Circuit Court of Mingo County, West Virginia, within thirty (30) days after being served a copy of the initial Complaint, as required by 28 U.S.C. § 1446(d) and (b).

14. By removing this action from the Circuit Court of Mingo County, West Virginia, Defendant does not waive any available defenses nor admits to any allegations in the Complaint.

15. Defendant reserves the right to raise all defenses and objections in this action after its removal to this Court.

**WHEREFORE**, ACE Property and Casualty and Insurance Company hereby removes this action from the Circuit Court of Mingo County, West Virginia to the United States District Court for the Southern District of West Virginia.

Dated:     April 18, 2025

Respectfully Submitted,

/s/ Charles R. Steele

Charles R. Steele (WVSB No. 6539)
Steele Resolve, PLLC
347 Washington Avenue
Clarksburg, WV 26301
E-mail: chuck@steelresolve.com
(304) 624 4004
*Attorneys for ACE Property Casualty and Insurance Company*

*[signature]*

_____
Paul C. Ferland (*pro hac vice*)
Cozen O'Connor
3 WTC
175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 453-3914
E-mail: pferland@cozen.com
*Attorneys for ACE Property Casualty and Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

RUNYON INSURANCE AGENCY, INC.

        Plaintiff,                              Civil Action No: 2:25-cv-00260

    v.

ACE PROPERTY AND CASUALTY           **CERTIFICATE OF SERVICE**

        Defendant.

I, Charles Steele, hereby certify that on *April 18 2025*, I electronically filed the foregoing document with the Clerk of Court using the Court Management/Electronic Case Filling ("CM/ECF") system, which will automatically send e-mail notifications of such filing to the following attorneys of record:

        Kaitlyn Adkins
Kaitlin Adkins Attorney At Law, PLLC
1403 1/2 W 4th Avenue
Williamson, WV 25661
(304) 785-0427
kaitlynadkinslaw@gmail.com

*/s/ Charles R. Steele*
_____
Charles R. Steele