# EXHIBIT A

West Virginia E-Filing Notice

CC-30-2025-C-36

Judge: Sabrina Deskins

**To:** Kaitlyn Adkins
kaitlynadkinslaw@gmail.com

# NOTICE OF FILING

IN THE CIRCUIT COURT OF MINGO COUNTY, WEST VIRGINIA

Runyon Insurance Agency, Inc. v. ACE Property and Casualty Insurance Company

CC-30-2025-C-36

The following complaintwas FILED on 3/10/2025 6:00:14 PM

Notice Date:    3/10/2025 6:00:14 PM

Lonnie Hannah

CLERK OF THE CIRCUIT COURT

Mingo County

78 East 2nd Ave

WILLIAMSON, WV 25661

(304) 235-0320

Lonnie.Hannah@courtswv.gov

# COVER SHEET

E-FILED | 3/10/2025 6:00 PM
CC-30-2025-C-36
Mingo County Circuit Clerk
Lonnie Hannah

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF MINGO COUNTY WEST VIRGINIA

**Runyon Insurance Agency, Inc. v. ACE Property and Casualty Insurance Company**

**First Plaintiff:** ☑ Business ☐ Individual ☐ Government ☐ Other

**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**Judge:** Sabrina Deskins

## COMPLAINT INFORMATION

**Case Type:** Civil          **Complaint Type:** Contract

**Origin:** ☑ Initial Filing   ☐ Appeal from Municipal Court   ☐ Appeal from Magistrate Court

**Jury Trial Requested:** ☑ Yes ☐ No      **Case will be ready for trial by:** 3/10/2026

**Mediation Requested:** ☐ Yes ☑ No

**Substantial Hardship Requested:** ☐ Yes ☑ No

☐ Do you or any of your clients or witnesses in this case require special accommodations due to a disability?

    ☐ Wheelchair accessible hearing room and other facilities

    ☐ Interpreter or other auxiliary aid for the hearing impaired

    ☐ Reader or other auxiliary aid for the visually impaired

    ☐ Spokesperson or other auxiliary aid for the speech impaired

    ☐ Other: _____

☐ I am proceeding without an attorney

☑ I have an attorney: Kaitlyn Adkins, RR 1 BOX 85 , WILLIAMSON, WV 25661

## SERVED PARTIES

**Name:**  ACE Property and Casualty Insurance Company

**Address:**  5098 WASHINGTON ST W STE 407, CHARLESTON WV 25313

**Days to Answer:** 30          **Type of Service:** Circuit Clerk - Certified Mail - Including Copy Fee

E-FILED | 3/10/2025 6:00 PM
CC-30-2025-C-36
Mingo County Circuit Clerk
Lonnie Hannah

**IN THE CIRCUIT COURT OF MINGO, WEST VIRGINIA**

**RUNYON INSURANCE AGENCY, INC.,**
Plaintiff,

v.                                                          CIVIL ACTION NO.: _____

**ACE PROPERTY AND CASUALTY INSURANCE COMPANY,**
Defendant.

## COMPLAINT

COMES NOW, Plaintiff, Runyon Insurance Agency, Inc., by and through its attorney, Kaitlyn Adkins of Kaitlyn Adkins Attorney At Law, PLLC, and files this Complaint against Defendant ACE Property and Casualty Insurance Company, stating as follows:

## I. PARTIES AND JURISDICTION

1. Plaintiff, Runyon Insurance Agency, Inc., is a duly licensed insurance agency located in the State of West Virginia.
2. Defendant, ACE Property and Casualty Insurance Company, is an insurance provider, licensed and authorized to conduct business in the State of West Virginia.
3. Jurisdiction and venue are proper in this Court pursuant to West Virginia law, as the insured business is located within this jurisdiction and the policy was issued and executed in West Virginia.

## II. FACTUAL BACKGROUND

4. Plaintiff maintained an insurance policy with ACE Property and Casualty Insurance Company, which included Employee Dishonesty Coverage and Data Breach Protection under Policy No. D02361619 and D02361632.
5. On or about November 30th, 2024, three employees of Runyon Insurance Agency, Inc. abruptly left the company, taking with them client files and sensitive financial data, resulting in substantial financial and reputational harm to the Plaintiff.
6. Each employee was employed at different locations of the Runyon Insurance Company, making the impact of employee dishonesty catastrophic.
7. Plaintiff immediately filed Claim No. KY24K3241326 and KY25K7000323 under its Employee Dishonesty and Data Breach coverage for the damages incurred due to the actions of these employees.
8. The damages suffered by Plaintiff as a direct result of this employee misconduct and data breach include:
   a. Legal fees for hiring Attorney Kaitlyn Adkins to pursue legal action and mitigate damages.
   b. The cost of a financial audit to assess the extent of misappropriated or lost commissions.
   c. Significant chargebacks from insurance commissions that were either not paid or

improperly paid.

    d. The necessity of redrafting policies and contracts to rectify unauthorized policy changes made by the former employees.

    e. Additional data security measures to protect sensitive client information.

9. Despite Plaintiff's full compliance with all policy requirements, ACE Property and Casualty Insurance Company has delayed, denied, and failed to properly investigate the claim.

10. ACE Property and Casualty Insurance Company has failed to act in good faith and has engaged in bad faith insurance practices by:

    a. Unreasonably delaying claim processing without justification.

    b. Failing to conduct a prompt and fair investigation of the claim.

    c. Denying coverage despite clear policy provisions covering employee dishonesty and data breaches.

    d. Misrepresenting the policy's terms and coverage applicability.

    e. Failing to provide a reasonable explanation for denial.

11. As a result of Defendant's wrongful actions, Plaintiff has suffered financial damages totaling $401,271.81 and continues to suffer additional financial harm due to the delay in receiving coverage benefits.

## III. CAUSES OF ACTION

### COUNT I – BREACH OF CONTRACT

11. Plaintiff and Defendant entered into a valid insurance contract that provided Employee Dishonesty Coverage and Data Breach Protection.

12. Plaintiff has met all terms and obligations under the policy, including timely filing the claim and providing all requested documentation.

13. Defendant has materially breached the contract by failing to provide coverage for Plaintiff's losses.

14. As a result, Plaintiff has suffered significant financial losses, including attorney's fees, audit costs, chargebacks, and security expenses.

### COUNT II – BAD FAITH INSURANCE PRACTICES

15. Defendant owed Plaintiff a duty of good faith and fair dealing in handling its claim.

16. Defendant intentionally and wrongfully delayed and denied Plaintiff's claim without a reasonable basis.

17. Defendant's actions violate West Virginia's Unfair Trade Practices Act (W. Va. Code § 33-11-4(9)), which prohibits unfair claim settlement practices.

18. As a direct and proximate result of Defendant's bad faith conduct, Plaintiff has suffered economic damages, for which punitive damages are warranted.

### COUNT III – VIOLATION OF WEST VIRGINIA CONSUMER PROTECTION LAWS

19. Defendant engaged in unfair and deceptive acts, including misrepresenting policy provisions and improperly denying valid claims.

20. Such conduct violates West Virginia's Consumer Credit and Protection Act (W. Va. Code § 46A-6-101 et seq.).
21. Plaintiff is entitled to treble damages, attorney's fees, and additional relief as permitted under the law.

## IV. DAMAGES AND RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiff and against Defendant, awarding the following relief:

1. Compensatory damages in the amount of $401,271.81, including attorney's fees, financial audit costs, chargebacks, and other incurred expenses.
2. Punitive damages for Defendant's willful and reckless disregard of its contractual obligations.
3. Attorney's fees and litigation costs.
4. Treble damages pursuant to West Virginia Consumer Protection laws.
5. Prejudgment and post-judgment interest as permitted by law.
6. Any additional relief this Court deems just and equitable.

**DEMAND FOR JURY TRIAL**
Plaintiff hereby demands a trial by jury on all issues so triable.

**Respectfully submitted,**

**/s/Kaitlyn Adkins**
Kaitlyn Adkins
Kaitlyn Adkins Attorney At Law, PLLC
WVSB #14598
1403 1/2 W 4th Ave
Williamson, WV 25661
(304) 785-0427
kaitlynadkinslaw@gmail.com
Counsel for Plaintiff